**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 23, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-01023-CV

**DONALD VAUGHN AND DKV ENTERPRISES, INC., Appellants**

**V.**

**DAVID A. BJORKLUND, Appellee**

### On Appeal from the 133rd District Court
### Harris County, Texas
### Trial Court Cause No. 2013-22185

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed December 8, 2014. Appellants filed a Stipulation of Dismissal in accordance with the parties' resolution of all claims. We construe the Stipulation of Dismissal as a motion to dismiss the appeal. The motion is granted. *See* Tex. R. App. P. 42.1.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.